B2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

IN RE: Jerri Dean Gallagher   CASE NO.: 16-01047-ee
aka Jerry Dean Gallagher,

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Rushmore Loan Management Services as servicer for MTGLQ Investors, LP<br>Name of Transferee | Select Portfolio Servicing, Inc.<br><br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br>Rushmore Loan Management Services<br>P.O. Box 55004<br>Irvine, CA, 92619-2708<br><br>Phone: 888-504-6700<br>Last Four Digits of Acct #: 4890<br><br>Name and Address where transferee payments should be sent (if different from above):<br>Rushmore Loan Management Services<br>P.O. Box 52708<br>Irvine, CA, 92619-2708<br>Phone: 888-504-6700<br>Last Four Digits of Acct #: 4890 | Court Claim # (if known): 7<br>Amount of Claim: 28,604.92<br>Date Claim Filed: July 25, 016<br><br>Phone: 800-258-8602<br>Last Four Digits of Acct #: 5762 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ Elizabeth Crowell           Date: October 30, 2017
      Transferee/Transferee's Agent
      Elizabeth Crowell (Bar# 103676)
      Attorney for Rushmore Loan Management

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

IN RE: <u>Jerri Dean Gallagher</u>
<u>aka Jerry Dean Gallagher</u>,                          CASE NO.: <u>16-01047-ee</u>

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. <u>7</u> was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on October 30, 2017.

| | |
|---|---|
| Name of Alleged Transferor<br>Select Portfolio Servicing, Inc. | Name of Transferee<br>Rushmore Loan Management Services as servicer for MTGLQ Investors, LP |
| Address of Alleged Transferor:<br>P.O. Box 65250<br>Salt Lake City, UT, 84165 | Address of Transferee:<br>P.O. Box 55004<br>Irvine, CA, 92619-2708 |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date:_____                                    _____
                                                  **CLERK OF THE COURT**



P.O. Box 55004
Irvine, CA 92619-2708
888.699.5600 toll free
949.341.0777 local
949.341.2200 fax
www.rushmorelm.com

October 16, 2017

JERRIDEAN GALLAGHER
1124 WOODVILLE DR
JACKSON MS 39212-3911

**Your New Loan Number:**
Property Address: 1124 WOODVILLE DR
JACKSON, MS 39212

Dear Mortgagor:

Welcome to Rushmore Loan Management Services. Our intention is to meet your loan servicing requirements with efficient, prompt and courteous service. Below you will find important information regarding how to contact us, make payments and set-up your online account. We encourage you to visit our website at www.rushmorelm.com and create a log-in after receiving this letter.

> Rushmore will be your new servicer. The business addresses for your new servicer are as follows:
>
> **Correspondence Address**
> **Rushmore Loan Management Services LLC**
> 15480 Laguna Canyon Rd., Suite 100
> **Irvine, CA 92618**
>
> **Payment Address**
> **Rushmore Loan Management Services LLC**
> **P.O. Box 514707**
> **Los Angeles, CA 90051-4707**
>
> If you have any questions related to the transfer of servicing to Rushmore, call our Customer Service Department at **888-504-6700, Monday through Thursday, 6 a.m. to 7 p.m., Friday 6 a.m. to 6 p.m. Pacific**. Please have your new loan number shown above available when calling.
>
> Rushmore offers several convenient ways to make your monthly payment. You can make your payment by phone at **888-504-6700** or through our website at **www.rushmorelm.com**. Click on the upper banner called **ACCOUNT LOGIN** and you can make a Payment or sign-up for **Auto Draft Payments**. Rushmore highly recommends this option, as it helps prevent you being late on any of your very important mortgage payments. For a small fee you can also utilize Western Union Quick Collect (**Code City: Rushmore Code State: CA**).

Rushmore Loan Management Services LLC requests that you make every effort to remit your monthly payments on the contractual due date shown on the note and your payment coupon. Late charges may be assessed on payments not made on time.

If you wish to speak with a Housing Counseling Agency certified by the U.S. Department of Housing and Urban Development (HUD), please call the following toll-free number: (800) 569-4287.

Please review the attached statement of your debt. Please keep this letter with your records as an informational reference. If we can be of assistance in any way, please don't hesitate to contact us.

Sincerely,
Rushmore Loan Management Services LLC
Loan Servicing Department

**LEGAL NOTIFICATION:** *Rushmore Loan Management Services LLC may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.*

**Notice of Error Resolution & Information Request Procedures**
The following outlines the Error Resolution and Information Request Procedures for your mortgage account at Rushmore Loan Management Services LLC. (RLMS). Please keep this document for your records.

If you think an error has occurred on your mortgage account or if you need specific information about the servicing of your loan, please write us at:

<u>**Rushmore Loan Management Services LLC**</u>
**P.O. Box 52262**
**Irvine, California 92619-2262**

All written requests for information or notices of error should contain the following information:
1. Your name
2. Account number
3. Property Address
4. Description of the error and explanation as to why you believe it is an error or a request for specific information regarding the servicing of your loan
5. Current contact information so we may follow up with you

All written requests for specific information will be handled within 30 days of receipt. We will determine whether an error occurred within 30 days after receiving your notice of error and will correct any error promptly (Notices of error on payoff statements will be handled within 7 days). If additional time is needed to investigate your complaint or request, we may take up to 45 days but we will notify you of the extension within the original 30 days. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**Please keep this document for your records.**

### ADDITIONAL NOTICE

Rushmore Loan Management Services LLC is a Debt Collector, who is attempting to collect a debt. Any information obtained will be used for that purpose. However, if you are in Bankruptcy or received a Bankruptcy Discharge of this debt, this letter is being sent for informational purposes only, is not an attempt to collect a debt and does not constitute a notice of personal liability with respect to the debt.